|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MANJINDER SINGH BEESLA, | CASE NO. C21-5699JLR |
| --- | --- |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| TOM SEIGEL, | |
| Defendant. | |

On November 1, 2021, the court ordered Plaintiff Manjinder Singh Beesla to show cause by December 1, 2021, why his application to proceed *in forma pauperis* ("IFP") should not be denied and his case dismissed. (11/1/21 Order (Dkt. # 4).) Mr. Beesla has neither responded to the court's order to show cause, submitted a corrected IFP application, nor paid the $400.00 filing fee. Accordingly, the court DISMISSES this action without prejudice.

//

//

ORDER - 1

Dated this 8th day of December, 2021.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2